## **TABLE OF EXHIBITS**

Exhibit 1: **Declaration of Mathew Besler, Illinois Liberty PAC**

Exhibit 2: **House and Senate roll call votes on SB 1455 and SB 3722**

**Exhibits 3-6: Candidate and Party Committee officers and expenditures**

Exhibit 3: **Speaker Michael J. Madigan**
Money flow chart
Friends of Michael J. Madigan (Treasurer)
Democratic Party of Illinois (Chairman)
Democratic Majority (Chairman)
Contributions

Exhibit 4: **House Majority Leader Cullerton**
Money flow chart
Citizens for John Cullerton (Chairman)
Senate Democratic Victory Fund (Chairman)
Contributions

Exhibit 5: **Minority Leader Tom Cross**
Money flow chart
Citizens to elect Tom Cross (Chairman)
House Republican Leadership Committee (no office)
House Republican Organization (no office)
Illinois Republican Party (no office)
Contributions

Exhibit 6: **Minority Leader Christine Radogno**
Money flow chart
Citizens for Christine Radogno (no office)
Republican State Senate Campaign Committee (Chairwoman)
Contributions

Exhibit 7: **Declaration of Robert T. Isham**

Exhibit 8: **Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction**, *PersonalPAC v. McGuffage*, 12 CV 1043 (Feb. 24, 2012).

Exhibit 9: **Legislative History of 2009 Act and 2012 Independent Expenditure Amendment**

Exhibit 10: **Declaration of Edgar Bachrach**