# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Betty J. Coffrin**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons; Civil Cover Sheet; Complaint

by serving (NAME) Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office,
at ☐ Home authorized to accept service
☒ Business State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL
☒ on (DATE) July 26, 2012     at (TIME) 2:30 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Gary Griffin**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address does not exist    ☐ Service cancelled by litigant
☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) ____ DATE ____ TIME    ( ) ____ DATE ____ TIME    ( ) ____ DATE ____ TIME
( ) ____ DATE ____ TIME    ( ) ____ DATE ____ TIME    ( ) ____ DATE ____ TIME

**Description:**
☒ Male     ☒ White Skin     ☐ Black Hair     ☐ White Hair     ☐ 14-20 Yrs.     ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin     ☐ Brown Hair    ☒ Balding        ☐ 21-35 Yrs.     ☐ 5'-5'3"      ☐ 100-130 Lbs.
           ☐ Brown Skin     ☐ Blond Hair                     ☐ 36-50 Yrs.     ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
☐ Glasses  ☐ Yellow Skin    ☒ Gray Hair     ☐ Mustache       ☒ 51-65 Yrs.     ☒ 5'9"-6'      ☒ 161-200 Lbs.
           ☐ Red Skin       ☐ Red Hair      ☐ Beard          ☐ Over 65 Yrs.   ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/17/15

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Ernest L. Gowen**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons; Civil Cover Sheet; Complaint

by serving (NAME) **Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office,**
at ☐ Home   authorized to accept service
☒ Business   **State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL**
☒ on (DATE) **July 26, 2012**   at (TIME) **2:30 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address   ☐ Evading   ☐ Other: _____
- ☐ Address does not exist   ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ( ) _____ ( ) _____
DATE TIME   DATE TIME   DATE TIME
( ) _____ ( ) _____ ( ) _____ ( ) _____
DATE TIME   DATE TIME   DATE TIME   DATE TIME

**Description:**
- ☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
- ☐ Female   ☐ Black Skin   ☐ Brown Hair   ☒ Balding   ☐ 21-35 Yrs.   ☐ 5'-5'3"   ☐ 100-130 Lbs.
-   ☐ Brown Skin   ☐ Blond Hair     ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
- ☐ Glasses   ☐ Yellow Skin   ☒ Gray Hair   ☐ Mustache   ☒ 51-65 Yrs.   ☒ 5'9"-6'   ☒ 161-200 Lbs.
-   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/17/15

# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Judith C. Rice**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons; Civil Cover Sheet; Complaint

by serving (NAME) **Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office, authorized to accept service**

at ☐ Home
☒ Business **State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL**
☒ on (DATE) **July 26, 2012** at (TIME) **2:30 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address ☐ Evading ☐ Other: _____
- ☐ Address does not exist ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____ , ( ) _____
( ) _____ , ( ) _____ , ( ) _____

**Description:**
- ☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
- ☐ Female ☐ Black Skin ☐ Brown Hair ☒ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
- ☐ Brown Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
- ☐ Glasses ☐ Yellow Skin ☒ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☒ 5'9"-6' ☒ 161-200 Lbs.
- ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

OFFICIAL SEAL
ANDREW SIGNAL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Bryan A. Schneider**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons; Civil Cover Sheet; Complaint

by serving (NAME) **Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office,**
at ☐ Home **authorized to accept service**
☒ Business **State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL**
☒ on (DATE) **July 26, 2012** at (TIME) **2:30 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address ☐ Evading ☐ Other: _____
- ☐ Address does not exist ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME
( ) _____ ,( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME DATE TIME

**Description:**
- ☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
- ☐ Female ☐ Black Skin ☐ Brown Hair ☒ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
- ☐ Brown Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
- ☐ Glasses ☐ Yellow Skin ☒ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☒ 5'9"-6' ☒ 161-200 Lbs.
- ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Charles W. Scholz**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $_____ witness fee and mileage
☒ Summons; Civil Cover Sheet; Complaint

by serving (NAME) **Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office, authorized to accept service**

at ☐ Home
☒ Business **State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL**
☒ on (DATE) **July 26, 2012** at (TIME) **2:30 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address does not exist  ☐ Service cancelled by litigant
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME  ( ) ___ DATE TIME  ( ) ___ DATE TIME
( ) ___ DATE TIME  ( ) ___ DATE TIME  ( ) ___ DATE TIME  ( ) ___ DATE TIME

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☒ Balding  ☐ 21-35 Yrs.  ☐ 5'-5'3"  ☐ 100-130 Lbs.
 ☐ Brown Skin  ☐ Blond Hair   ☐ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Glasses  ☐ Yellow Skin  ☒ Gray Hair  ☐ Mustache  ☒ 51-65 Yrs.  ☒ 5'9"-6'  ☒ 161-200 Lbs.
 ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

## Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Harold D. Byers**
NAME OF PERSON/ENTITY BEING SERVED

**with the (documents)**
☐ Subpoena with $_____ witness fee and mileage
☒ Summons; Civil Cover Sheet; Complaint

**by serving (NAME)** Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office,
**at** ☐ Home  authorized to accept service
☒ Business  State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL
☒ **on (DATE)** July 26, 2012   at (TIME) 2:30 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist  ☐ Service cancelled by litigant
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) DATE TIME  ,( ) DATE TIME  ,( ) DATE TIME
( ) DATE TIME  ,( ) DATE TIME  ,( ) DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female ☐ Black Skin   ☐ Brown Hair  ☒ Balding      ☐ 21-35 Yrs.   ☐ 5'-5'3"    ☐ 100-130 Lbs.
         ☐ Brown Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☒ Gray Hair   ☐ Mustache     ☒ 51-65 Yrs.   ☒ 5'9"-6'    ☒ 161-200 Lbs.
         ☐ Red Skin     ☐ Red Hair    ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Jesse R. Smart**
NAME OF PERSON/ENTITY BEING SERVED

**with the (documents)**
☐ Subpoena with $ _____ witness fee and mileage
☒ Summons; Civil Cover Sheet; Complaint

**by serving (NAME)** Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office, authorized to accept service
at ☐ Home
☒ Business State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL
☒ on (DATE) July 26, 2012    at (TIME) 2:30 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant
☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME  ,( ) ___ DATE TIME  ,( ) ___ DATE TIME
( ) ___ DATE TIME  ,( ) ___ DATE TIME  ,( ) ___ DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☒ Balding   ☐ 21-35 Yrs.   ☐ 5'-5'3"   ☐ 100-130 Lbs.
☐ Brown Skin   ☐ Blond Hair   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
☐ Glasses   ☐ Yellow Skin   ☒ Gray Hair   ☐ Mustache   ☒ 51-65 Yrs.   ☒ 5'9"-6'   ☒ 161-200 Lbs.
☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY
Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Notary Public

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:7/17/15

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

## Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **William McGuffage**
NAME OF PERSON/ENTITY BEING SERVED

**with the (documents)**
☐ Subpoena with $_____ witness fee and mileage
☒ Summons; Civil Cover Sheet; Complaint

**by serving (NAME)** Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office, authorized to accept service
at ☐ Home
☒ Business State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL
☒ on (DATE) July 26, 2012  at (TIME) 2:30 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address does not exist  ☐ Service cancelled by litigant
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) DATE TIME  ( ) DATE TIME  ( ) DATE TIME  ( ) DATE TIME  ( ) DATE TIME

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☒ Balding  ☐ 21-35 Yrs.  ☐ 5'-5'3"  ☐ 100-130 Lbs.
 ☐ Brown Skin  ☐ Blond Hair   ☐ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Glasses  ☐ Yellow Skin  ☒ Gray Hair  ☐ Mustache  ☒ 51-65 Yrs.  ☒ 5'9"-6'  ☒ 161-200 Lbs.
 ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| Illinois Liberty PAC | vs | Lisa M. Madigan, et al. | 12-CV-05811 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Lisa M. Madigan**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $_____ witness fee and mileage
- ☒ Summons; Civil Cover Sheet; Complaint

by serving (NAME) **Gary Griffin, Chief, General Law Bureau, Illinois Attorney General's Office,**
at ☐ Home — authorized to accept service
☒ Business — State of Illinois Building, 100 W. Randolph Street, 13th Floor, Chicago, IL
☒ on (DATE) **July 26, 2012** at (TIME) **2:30 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Gary Griffin**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address   ☐ Evading   ☐ Other: _____
- ☐ Address does not exist   ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

**Description:**
- ☒ Male / ☐ Female / ☐ Glasses
- ☒ White Skin / ☐ Black Skin / ☐ Brown Skin / ☐ Yellow Skin / ☐ Red Skin
- ☐ Black Hair / ☐ Brown Hair / ☐ Blond Hair / ☒ Gray Hair / ☐ Red Hair
- ☐ White Hair / ☒ Balding / ☐ Mustache / ☐ Beard
- ☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ☐ 36-50 Yrs. / ☒ 51-65 Yrs. / ☐ Over 65 Yrs.
- ☐ Under 5' / ☐ 5'-5'3" / ☐ 5'4"-5'8" / ☒ 5'9"-6' / ☐ Over 6'
- ☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☒ 161-200 Lbs. / ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 26th day of July, 2012

LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS