# EXHIBIT 13

SJ-R.COM
The State Journal-Register • Springfield, IL • The Oldest Newspaper in Illinois

# New Illinois laws include ethics, stop-light reforms

By JIM SUHR
The Associated Press
Posted Dec 30, 2010 @ 01:39 PM

On the Web
THE DOME: State government headline roundup

Business News
Stocks Flat After Six Weeks of Increases, Interrupted by Europe
Obama's Tax Return Slam Re-Emerges
4 Big Bank Plays from JPMorgan

Suggested Stories
Man allegedly fires gun into air
Man faces DUI charge after accident
Decatur Celebration: Billy Ocean, Spin Doctors, Love and Theft

From the Web
Fan dies following cardiac arrest at Chicago White Sox-Toronto Blue Jays game ESPN Chicago
10 worst states for retirement Bankrate.com
Dad Killed in Car Crash Then Cops Find His Wife & 2 Kids Dead at Home CafeMom

Sponsored content What's this?

Despite the priority of the state's budget crisis, Illinois lawmakers managed to put a number of new laws on the books for the coming year, modifying everything from pension rules for new state employees to how red light cameras can be used to punishment for children who send indecent photos of other minors.

Of all such laws scheduled to take effect with the start of 2011, few got more attention than one passed with much fanfare more than a year ago.

Though signed by Gov. Pat Quinn in December 2009 on the one-year anniversary of Rod Blagojevich's arrest, Illinois' first limits on campaign contributions finally becomes enforceable on Saturday, capping how much money individuals, political action committees and interest groups can give to candidates. The law also sets up campaign finance disclosure requirements and requires random audits by the State Board of Elections, among other things.

The law's intent is to prevent people and interest groups from trying to buy influence in state government, barring an individual from donating more than $5,000 to a candidate in both the primary and general elections. Businesses, unions and other associations can give candidates twice that much, while political action committees can give $50,000 to a candidate in each election.

But the new law has a loophole: It only caps what political parties and the four legislative leaders can give to candidates in primaries but not in general elections, leading to criticism that it simply concentrates power in the hands of a few well-entrenched legislative leaders.

The reforms were inspired by the scandal surrounding Blagojevich, Quinn's predecessor, after he faced federal corruption charges linked to his alleged efforts to sell or trade President Barack Obama's old U.S. Senate seat for campaign money or a job for himself or his wife. Evidence at the trial showed that Blagojevich often solicited contributions of $25,000 and $50,000 at a time.

Blagojevich was convicted of just one charge while jurors deadlocked on 23 others. A retrial on those charges is scheduled for April.

Under another new law, new Illinois state employees will have to work to age 67 and won't get the same, generous annual pension increases in retirement, ostensibly helping stabilize underfunded state retirement systems and, according to Quinn's office, save the state $220 billion.

The law, which applies to people hired after the start of 2011, raises the retirement age to 67 after 10 years of service, from age 60 after eight years. It also reduces an annual increase of 3 percent, compounded, to half the inflation rate or 3 percent in simple interest, whichever is less.

Quinn said the pension reform "will bring a new era of financial responsibility to our state" and keep the pension system solvent. The proposal was widely seen as necessary because the state's five pension systems were underfunded by $80 billion after decades of governors and legislators shorting the accounts of annual contributions.

Unions countered that the reform does nothing to solve existing problems with one of the nation's worst-funded retirement programs, but merely cuts what already were unremarkable retirement payments.

Among other new laws that take effect Jan. 1:

—Tickets generated by automated "red-light" cameras will require an official to verify the violation before any citation is issued. Drivers also will get to view the evidence online and can't be charged an extra fee for contesting the ticket. Drivers get a little more leeway to stop beyond the white line at a red light, so long as they don't enter the intersection. Previously, even pulling past the line by a few feet could trigger a ticket.

The cameras have been controversial, with critics wondering whether municipalities embrace them more for the revenue-generating ability than for improving safety. The Chicago Tribune reported recently that some municipal officials in Illinois are rethinking the use of red-light cameras as the number of tickets drops and groups question whether the cameras are effective in reducing crashes.

— Minors who send indecent photos of other minors electronically, for instance by text message, can be taken into custody, with those minors then subject to adjudication or supervision. Another measure makes it a crime to sexually exploit a child using a computer or Internet-based software.

— Gubernatorial and lieutenant governor candidates of the same party will have to be nominated jointly instead of letting voters pick each nominee separately. A gubernatorial candidate would select a running mate for the primary election.

— Pet stores must give potential buyers details of every animal's vaccination history and health, as well as disclose the breeder's name and the animal's date of birth, breed and other specifics. The law makes allowances for animal shelters and animal-control sites that often don't know an animal's history.

—Independent teams now will review deaths of residents of state-operated sites for people with developmental disabilities or mental illness.

—Employers who shortchange or don't pay their employees will face stiffer penalties, and workers will have more rights under a new wage-theft law that experts say is among the country's strongest. A repeat offense will be considered a felony, not a misdemeanor, and employers who violate the law will have to pay workers back from the date of nonpayment with interest and a $250 fine. The employer may also owe interest to the state under the new law, which gives the state's Department of Labor more oversight in dealing with the 10,000-plus wage theft claims it gets annually.

—College fraternities and sororities built after New Year's Day will need to install automatic fire sprinkler systems. Older fraternities and sororities have until 2019 to install them. The law says dormitories already are required to have automatic fire sprinkler systems by 2013.

—Parents who don't strap their kids into car safety seats will see their fines rise to $75 from $50 for the first offense, with fines for subsequent violations doubling to $200. Parents can have the first violation waived if they own a safety seat and attend a safety course.

—Mandatory one- to three-year prison terms now will be required for aggravated weapons convictions of anyone who was at least 18 years old, did not have a valid firearms owner identification card, and who possessed a loaded, uncased firearm. Previously, such suspects could see one to three years in prison and a $25,000 fine.

Copyright 2010 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed

**Illinois laws**
Find Illinois laws Local Attorneys - Start in Seconds!
RequestLegalHelp.com/Illinois-Laws

**Ask a Lawyer Online Now**
27 Lawyers Online Now Answer Your Questions In Minutes.
eAnswer.com/Law

**Legal Forums**
Leading free legal forums. Please register and join in the
www.IsItLegalTo.com

Ads by Yahoo!

Comments (10)
George Ecklund Jr
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

'Ethics in Illinois politics' is an oxymoron
But it makes good press doesn't it.
Chief Illiniwek
2 years ago
Report Abuse
You must be logged in to report abuse

Report Abuse

Red light cameras are an awful idea. Not only do they not help with violations, there is also a huge obstacle to overcome in enforcing them. What happens when I lend my car to a friend, who commits a violation, and then the ticket is sent to me since I am the registered owner? How can I legally force my friend to pay the ticket? There is no way around this problem. These cameras are a bad idea, through and through.
Miffed
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

'Parents who don't strap their kids into car safety seats will see their fines rise to $75 from $50 for the first offense, with fines for subsequent violations doubling to $200.'

First, the fine for parents who don't properly secure their children should be much higher than even $75 or even $200. The child in many cases is too young to make their own decision, thus it is fully the parent's responsibility to buckle them up. It should be $200 to start.

Also, I am not sure who worded this new law or the article, but my math doesn't work out the doubling of subsequent violations to $200 from $75. Even when it was only a $50 fine, it wouldn't be doubled to $200.
turnditty
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

Well Chief, don't loan your car out to a friend. Problem solved... They need cameras more at stop signs. I think I'm the only person that actually stops at signs in my neighborhood. It's very annoying and dangerous.
Captain America
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

Studies done in San Diego show that red light cameras do nothing to lower accident rates, extending the yellow, then extending the gap between red to green by 1 second significantly reduces accidents. That 1 extra second of all ways red has shown to be the best way to lower accidents at an intersection. But cities that install red light cameras have actually shortened the yellow on purpose to raise revenue, and it also raised accidents. As far as stop sign stopping, everyone in the city KNOWS FOR A FACT that their sign is ran most...more people speed on their route to work...etc.etc.etc.
Ashrak
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

What part of 'shall not be infringed' do Illinois lawmakers not understand? In response being told Lisa Madigan's arguments didn't pass Constitutional muster, Chicago implemented a 'law' that only one gun within a home was 'allowed' to be loaded. The challenge to it will be successful and so too will a great many others in the pipeline already. Government is not empowered to infringe upon a right that specifically states shall not be infringed. It must stop now!

Illinois stands today as the ONLY state that legislatively bans the exercise of the right to bear arms. It is unjust and Illinois legislators risk paying untold amounts of taxpayers' dollars in settlement if they do not resolve this issue post haste. There is no excuse to continue on this failed path of Unconstitutional gun control.

I say to everyone within Illinois government that you are willfully and intentionally violating the individual, fundamental, enumerated, incorporated right to keep and bear arms in ease of confrontation. It is unjust and it must come to an end. I seek redress of this grievance, yet again.

Anyone is welcome to demonstrate how this statement is in error or incorrect in any way.
Steve Sullivan
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

As regards the this new gun law, it is quite obvious that the people who control this state care not at all about Constitutional rights. They are also scared to death by armed citizens. They prefer unarmed subjects. It is easier to command obedience and assault the subjects in an way they desire when the subjects cannot stand up and defend themselves and their rights. The people who run this state are Communists. Yes, that term does get some people upset. The truth does hurt. It should not. Communists disarm those they conquer. They also impose socialized medicine on them so that government controls their means to live.
herekitty
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

Assing my name and my friend the count is up to 3. We both have had horns blare at us and many, many times come close to getting rearended only because we stopped at the STOP SIGN. Many times had to allow a driver to continue their 'no stop' from the STOP SIGN they were suppose to stop at. Something really needs to be done about this. I have even seen the Drivers Ed car going thru where it should have stopped but disobeyed the law. This being with the student driver and even with the teacher driving the car. (Teacher obey and teach the rules of the road correctly or get another job!) If I could have taken down the license number I would have but wasn't able to. Let's make the New Year 2011 a year of obeying the Rules of the Road. Could also add 'good manners' in many other areas. HAPPY NEW YEAR!
herekitty
2 years ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

sorry, meant adding my name (misspelling was real bad)
U of I class of 82
2 years ago
Report Abuse
You must be logged in to report abuse.

Case: 1:12-cv-05811 Document #: 26-4 Filed: 08/21/12 Page 5 of 25 PageID #:560

Report Abuse...

none of these laws should be on the books, they are nearly all unconstitutional and worthless

Login or register to post a comment

Login

Username:

Password:

Forgot password

Login

Register

Email:

First Name:

Last Name:

I agree to the terms of use

I am over 13 years of age

NOTE: Your inbox must accept emails from "no reply@gatehousemedia.com"

Register...

Contact us | Privacy Policy | Terms of Service | About our Ads

The State Journal-Register | Springfield, IL 62701

Copyright © 2006-2012 GateHouse Media, Inc. Some Rights Reserved

Original content available for non-commercial use under a Creative Commons license, except where noted.

RadarFrog Merchant Directory | Internet Marketing by Propel Marketing | RadarFrog

ilcampaign.org                    http://www.ilcampaign.org/legislative-top-contributions-races-illinois

# Fourteen Legislative Races Raise Over $1 Million Each

FOR IMMEDIATE RELEASE          Contact: 312-335-1767
Friday, Oct. 29, 2010

**Fourteen Legislative Races Raise Over $1 Million Each**
*Legislative Leader Funds Dominate Hotly Contested Elections*

CHICAGO – Fueled by campaign funds controlled by state legislative leaders, 14 legislative races, seven in each chamber, have crossed the $1 million mark in total fundraising by the two opponents.

The million dollar election campaigns have accumulated a total of $19.7 million, and nearly two-thirds of the money came from campaign committees controlled by the state legislative leaders, according to an analysis of candidate contribution reports studied by the Illinois Campaign for Political Reform (ICPR).

In contrast to the 14 million-dollar races this year, only six legislative contests had passed the $1 million mark at this point in the 2008 election.

According to David Morrison, Deputy Director of ICPR, "The high numbers are due in part because there are no limits on the amount that leader committees can funnel to legislative candidates."

Beginning in January, a new law will place limits on all contributions in primary elections and on all contributions, except for contributions from parties and legislative leaders, in the general election. ICPR and other reform advocates support legislation to extend the limits on parties and leaders to include the general election period.

There are 118 House seats and 21 Senate seats on the ballot this year.  Legislators are paid a base salary of $67,836 per year.

These hotly contested races are scattered around the state: the northern suburbs (10th, 22nd, and 31st Senate; 17th and 66th House); southern suburbs (40th and 53rd Senate); the Rockford area (34th Senate); central Illinois (91st and 98th House); and southern Illinois (49th Senate; 101st and 112th House).  The one characteristic they all share is that most of the money in the races has come from the legislative leaders.

Morrison said the heads of the legislative caucuses, the so-called "Four Tops," raise almost as much money as the other 173 members of the General Assembly combined.  Not only do leaders decide which elected officials serve on which legislative committees, which bills are assigned to committees, and what gets voted on, they also decide how to allocate the lion's share of resources at election time.

"Because the obvious top priority for both the leader and candidate is to win election, leaders will not lean on members in swing districts to take votes that will hurt the legislator at the next election," Morrison said.  "But every member of the General Assembly knows that in the current system, money provided by leaders is essential in tight races.  Every member knows that a few shifts of the political winds could land them in a hotly contested primary or general election.  And if that should happen, it's the leaders who have the resources to help them through the troubles."

Fundraising totals reflect ICPR's count of the resources available to the candidate for the general election.  These include cash on hand on June 30, plus all reported cash and in-kind contributions from July 1 to the present.  Totals do not include funds from donors who gave $500 or less in the final 30

days before the election, which will not be reported until the next regular disclosure reports are filed in January. Candidates will not disclose all expenditures for the General Election until the next regular disclosure reports are filed in January. Figures for the 112th House District do not include investments held by Rep. Hoffman's committee and valued at $788,058.94 on June 30, 2010.

Additional information on this and other races can be found at www.ilcampaign.org. The Sunshine Database on ICPR's website also allows visitors to search by candidate name or by district number to find more detailed information about contributors to those candidates and search by a contributor name to see what campaign committees received contributions from that contributor.

**About the Illinois Campaign for Political Reform**
The Illinois Campaign for Political Reform is a non-profit, non-partisan public interest organization conducting research and advocating reforms to promote public participation in government, address the role of money in politics and encourage integrity, accountability and transparency in government. The late U.S. Sen. Paul Simon founded ICPR in 1997.

Top Senate Races – All Over $1 Million

| District | Candidate | Party | Candidate Total | Total by Both Candidates |
|----------|-----------|-------|-----------------|--------------------------|
| 49 | Deanna Demuzio | D | $1,790,200 | $2,577,300 |
| | "Sam" McCann | R | $787,100 | |
| 40 | Toi Hutchinson | D | $1,059,600 | $1,525,200 |
| | Adam Baumgartner | R | $465,600 | |
| 22 | Mike Noland | D | $816,300 | $1,517,978 |
| | Steve Rauschenberger | R | $701,600 | |
| 31 | Mike Bond | D | $774,000 | $1,252,600 |
| | Suzi Schmidt | R | $478,700 | |
| 43 | AJ Wilhelmi | D | $828,200 | $1,169,600 |
| | Cedra Crenshaw | R | $341,500 | |
| 10 | John Mulroe | D | $699,700 | $1,069,500 |
| | Brian Doherty | R | $369,800 | |
| 34 | Marla Wilson | D | $522,300 | $1,068,100 |
| | Dave Syverson | R | $545,800 | |

Top House Races  -- All Over $1 Million

| District | Candidate | Party | Candidate Total | Total by Both Candidates |
|---|---|---|---|---|
| 91 | Mike Smith | D | $1,027,100 | $1,749,900 |
|  | Michael Unes | R | $722,800 |  |
| 98 | Charles Landers | D | $936,500 | $1,632,500 |
|  | Wayne Rosenthal | R | $696,000 |  |
| 101 | Bob Flider | D | $850,600 | $1,542,700 |
|  | Adam Brown | R | $692,100 |  |
| 112 | Jay Hoffman | D | $909,600 | $1,411,200 |
|  | Dwight Kay | R | $501,700 |  |
| 56 | Michelle Mussman | D | $668,300 | $1,165,200 |
|  | Ryan Higgins | R | $497,000 |  |
| 17 | Daniel Biss | D | $652,500 | $1,039,200 |
|  | Hamilton Chang | R | $386,700 |  |
| 66 | Mark Walker | D | $670,900 | $1,000,100 |
|  | David Harris | R | $330,000 |  |

Case: 1:12-cv-05811 Document #: 26-4 Filed: 08/21/12 Page 11 of 25 PageID #:366



SUBSCRIBER TOTAL ACCESS    Learn more            Home Delivery    Order    Customer Service

Personalize your news & weather

A Few Clouds

80°    hi 81°
       lo 66°

Visit a community          Weather Forecast    Radar

HOME    NEWS    SPORTS    BUSINESS    LIFE & ENTERTAINMENT    DISCUSS    AUTOS    HOMES    JOBS    CLASSIFIEDS    SHOPPING    SERVICES & INFO

COOK CO.    DUPAGE CO.    KANE CO.    LAKE CO.    MCHENRY CO.    CHICAGO    STATE & REGION    NATION & WORLD    OBITUARIES    POLITICS    2012 ELECTION



CLICK HERE
and get the most
from your
Daily Herald

BROWSE OUR ARCHIVES          GO    QUICK HITS    Politics    State & Region

Article updated: 10/27/2010 10:46 AM

# 10 legislative races where spending hit $1 million

Article    Comments (25)    Photos (1)    Graphics (2)

BEST BETS

1 of 1



View other
photograph
collections

With a week to go until the Nov. 2 election, 10 legislative races three of them in the suburbs have passed the $1 million mark in terms of fundraising dollars, putting them among the most expensive campaigns in Illinois history.

ASSOCIATED PRESS FILE PHOTO

text size:  A  A  A          Print    Order reprint    E-mail    Share

By Kerry Lester

With a week to go until the Nov. 2 election, 10 legislative races three of them in the suburbs have passed the $1 million mark in terms of fundraising dollars, putting them among the most expensive campaigns in Illinois history.

These races are not only costly, but fueled primarily by party cash, relying far more heavily on Democratic and Republican leaders for financial support than on voters.

### Related articles

14 state races pass million fundraising mark

### Related media

Million dollar races

Million dollar districts

ADVERTISEMENT

The Illinois Campaign for Political Reform which last week released its own analysis of contributions points to campaigns' reliance on party contributions as evidence that further campaign finance reform is needed.

"It kind of turns the election into a proxy fight," said David Morrison, deputy director of the Campaign for Political Reform, who advocates limiting party contributions.

"It's two parties duking it out over who's in control," he said. "That really distorts

MOST VIEWED

Today    Yesterday    Most Commented

Rex Ryan breaks his silence on huge weight loss

Police: 12 dead in Colorado theater shooting

'Glee' star signs new book in Naperville

Bartlett bank robbed for second time in two months

Northwest Central dispatchers vote "no confidence"

Lawsuits piling up over Ackerman Fitness Center

Muslims prepare for long, hot days of Ramadan fasting

Homeless man charged with shooting Des Plaines teen

Dawn Patrol: Dispatcher trouble, shooting arrest

2,190 still without power; western suburbs hit hardest

See today's top 50 articles

Case: 1:12-cv-05811 Document #: 26-4 Filed: 08/21/12 Page 12 of 25 PageID #:567

**Banks Forced to Forgive Credit Card Debt**
Find Out How Much of Your Debt Can Be Settled!

**MyCAA for Military Spouse**
Medical Office & Pharmacy Careers. Learn Online w/ $4000 MyCAA...

**New Policy in Illinois**
New policy allows Illinois drivers to get big insurance discounts.

the point of elections, where voters are supposed to be choosing who best represents them."

A suburban state senator who sponsored campaign finance reform legislation signed by Gov. Pat Quinn last December says it's not that simple.

"You cannot constitutionally say that you may not spend money to advance a particular campaign," Don Harmon, an Oak Park Democrat, said. "Even if there were limits on parties contributing money to candidates, they would still spend it (in another way). It just wouldn't be disclosed as a contribution."

According to the Campaign for Political Reform's analysis of campaign finance disclosure in 20 legislative races, contributions from Democratic and Republican leaders and state-run parties account for, on average, 63 percent of receipts.

Looking strictly at suburban races, of the $750,000 in itemized contributions reported by 22nd District Sen. Michael Noland, an Elgin Democrat, $502,000 are from the Senate Democratic Victory Fund. Another $143,000 in donations have come from the Democratic Party of Illinois.

Noland's opponent, Republican Steve Rauschenberger, also of Elgin, has received $183,000 from the Republican State Senate Campaign Committee and $106,000 from the Illinois GOP.

With $1.48 million in fundraising combined between the two candidates, the Noland/Rauschenberger race is the second most expensive on the state level and the most expensive race in the suburbs, according to the Campaign for Political Reform. The downstate 49th District Senate race between Democrat Deanna Demuzio and Republican William "Sam" McCann ranks first with $2.43 million spent.

Spending in the 31st District Senate race in Lake County reached $1.15 million. Democrat Michael Bond of Grayslake has taken in nearly $600,000 from party leaders $410,000 from the Senate Democratic Victory Fund and $161,000 from the Democratic Party of Illinois.

Republican opponent Suzi Schmidt of Lake Villa was given $145,000 from the Illinois GOP and another $155,000 from the Republican State Senate Committee.

In the 66th House District, where spending totals $1.07 million, $282,000 of Democrat Michelle Mussman's $613,000 in itemized contributions came from the state Democratic Party, chaired by House Speaker Michael J. Madigan. Another $39,000 comes from the Friends of Michael J. Madigan fund. Republican opponent Ryan Higgins took in almost $130,000 from party leadership.

With so much campaign money coming from party leadership, Morrison says elections become distorted.

"The parties have millions of dollars, and they do play games putting $100,000 here to make the other party put resources there to match. It's a tactical board-game maneuver," he said.

Under the legislation Harmon sponsored, beginning Jan. 1 candidates must report contributions and expenditures four times a year, up from two times a year. Donations of $1,000 or more must be reported to the State Board of Elections within two business days.

Businesses, unions and associations are limited to giving $10,000 to any candidate during an election cycle and $20,000 to any political party, legislative caucus committee or political action committee.

Candidates, too, are limited in giving $50,000 to any other candidate or political action committee.

In the general election, however, they are allowed unlimited contributions to any political party or legislative caucus committee.

And while political parties and legislative caucus committees are limited in how much they can give to candidates in the primary, with the cap based on the level of office, the law allows for unlimited contributions to candidates during the general election.

**Top Jobs**

SERVICE TECH / INSTALLER - HVAC -Service Tech/Installer Min 5 yrs exp rqd, must have own

SALES - ? Sales-Make Top$$ ? Serious Cash for Sales Pros! Average $15/hr, Benefits FT

PROJECT MANAGER - Restoration company looks for a canidate to manage accounts from

VIEW ALL TOP JOBS PLACE A JOB AD

MARKETS REPORT

| | | | |
|---|---|---|---|
| Dow | 12822.57 | -120.79 | (-0.93%) |
| Chi Index | 961.06 | -9.78 | (-1.01%) |
| S&P 500 | 1362.66 | -13.85 | (-1.01%) |
| NYSE | 7759.58 | -90.16 | (-1.15%) |
| Nasdaq | 2925.30 | -40.60 | (-1.37%) |
| AMEX | 2380.72 | -34.95 | (-1.45%) |

**Stock Quotes**
Enter A Ticker Symbol Below:
Enter symbol Go
Powered by FinancialContent
Market Overview

**Simple Trading Strategy**
3 Step Process, Massive Results (Video)
OptionsBlock.com/M...

MARKET PLACE

Case: 1:12-cv-05811 Document #: 26-4 Filed: 08/24/12 Page 13 of 25 PageID #:568

Morrison called Harmon's legislation "a starting point."

He advocates limits on party and caucus contributions in the general election.

Harmon said that he's hesitant to work immediately for further reforms because "we don't know what the unintended consequences are."

For the general election, he said, "I just don't think there's any wisdom in enacting artificial limits. ... I wish constituents made up a larger share of contributions. But the sad fact is folks are disinterested or just don't have the wherewithal. We're spending money communicating with the voters. It's all very expensive."

 
 

» Browse our Marketplace

Recommend    Sign Up to see what your friends recommend.

**THIS ARTICLE FILED UNDER**

News  Antioch  Barrington Hills  Bartlett
Bloomingdale  Carpentersville  Cary
East Dundee  Elgin  Elk Grove Village
Fox Lake  Gages Lake  Grandwood Park
Grayslake  Gurnee  Hainesville
Hanover Park  Hoffman Estates  Lake Villa
Lindenhurst  Old Mill Creek  Palatine
Park City  Rolling Meadows  Roselle
Round Lake  Round Lake Beach
Round Lake Heights  Round Lake Park
Schaumburg  South Elgin  Streamwood
Third Lake  Wadsworth  Wildwood
Politics  Elections  Cook County
DuPage County  Kane County
Lake County  State Legislature  House 56
Senate 22  Senate 31

## DH EXTRAS



## FACEBOOK ACTIVITY

Sign Up    Create an account or log in to see what your friends are doing.

No recent activity to display.
Put some Like buttons on your website to engage your users. Details can be found here.

25 comments: read or post    Print    Order reprint    E-mail    Share

## More articles in News

Police: 12 dead in Colorado theater shooting
Rockin' for the Troops concert supports programs for
New monument honors 10-time Indiana Olympic gold
Indiana storms force end to marching band contest
Indiana woman badly hurt in crash after police chase
Vote on Terre Haute dance regulations put on hold
Special prosecutor named in Wisconsin triple homicide
Jury rejects self-defense in Wisconsin Walmart shooting
Wisconsin vehicle titles will go to lien holders
Dawn Patrol: Dispatcher trouble, shooting arrest

**CD Rates**
Compare CD Rates Between Top Banks. Interest Calculator & saving tips.
www.Interest.com/CD_Rates

**Top 25 Bank CD Rates**
Compare Certificate of Deposit Rates. Sort by APY, Ratings, Banks
cdrates.Bankaholic.com

**President's Refi Program**
Refinance rates hit 2.90% APR! Calculate new payment now.
www.Refinance.LowerMyBills.com

Ads by Yaho

Facebook social plugin

## BUSINESS DIRECTORY

Connect with a business or service in your area fast. First select a town, then enter a search term or choose one of the listed popular searches:

**Arlington Heights, IL »**

SEARCH    : popular searches below

Attorneys        Auto Repair        Beauty Salons
Dentists         Doctors            Hotels
Insurance        Mortgages          Realtors
Restaurants      More Popular Searches

**Naperville, IL »**

**Elgin, IL »**

**Libertyville, IL »**

**Saint Charles, IL »**

Don't see your town listed? Visit our full directory to begin your search.

POWERED BY LOCAL.COM

BROWSE OUR ARCHIVES    

Case: 1:12-cv-05811 Document #: 26-4 Filed: 08/21/12 Page 14 of 25 PageID #:369



Special
coverage of
the Games

## SITE INDEX

HOME   eEdition   Photos   Videos   Blogs   Communities   Weather

NEWS   Cook   DuPage   Kane   Lake   McHenry   Chicago   State & Region   Nation & World   Obituaries   Politics

SPORTS   High School   College   Professional   Bears   Blackhawks   Bulls   Cubs   White Sox   Fire   Sky   Wolves

BUSINESS   Stocks & Markets   Finance   Health   Technology   Real Estate   Foreclosures   Property Transfers

LIFE & ENTERTAINMENT   Food   Health & Fitness   Home & Garden   Movies   Puzzles   Travel   Celebrations

DISCUSS   Letters to the Editor   Editorials   Blogs

MARKETPLACE   Jobs   Homes   Autos   Merchandise

## COMMUNITY FINDER



Select a county on the map to view a list of
related communities in our coverage area.

Customer Services | Jobs at Daily Herald | Advertise | Subscribe | Feedback

Copyright © 2012 Paddock Publications, Inc. | Privacy Policy | Terms of Service | About our Ads

Visit other Daily Herald sites:   Select Site

𝕋 **articles.chicagotribune.com**    http://articles.chicagotribune.com/2009-10-15/news/chi-campaign-finance-15-oct15_1_political-party-donations-illinois-campaign-financing-campaign-cash

# Illinois campaign financing: Madigan makes stab at reform

STATE OF CORRUPTION

Campaign donation plan would cement hold of top legislators, critics say

October 15, 2009|By Ray Long and Monique Garcia | Tribune reporters

SPRINGFIELD — – House Speaker Michael Madigan forged ahead Wednesday on a plan to limit campaign donations – with a big exception for the dollars he and other leaders dole out to ensure lawmakers' election and reward loyalty.

The move by the veteran leader would serve the dual purposes of putting his Democrats on record in support of a major ethics reform while simultaneously preserving his power as the state's longest-serving House speaker and chairman of the state Democratic Party. Political party donations would also be unlimited under the plan.

Critics said the proposal could actually strengthen the hand of Madigan and other power brokers in the legislature, making individual lawmakers more reliant on their leaders for campaign cash because of the first-ever restrictions it would impose on donations from most other key players in the political process.

Madigan's proposal, approved on a party-line vote of Democrats in a House committee, launched the legislature's annual two-week fall session on a contentious note. It is the latest twist in a long-running struggle to rein in a pay-to-play political culture that gained new importance after lawmakers removed disgraced former Gov. Rod Blagojevich after his December arrest on federal corruption charges.

With the Blagojevich scandal still fresh in the minds of voters, lawmakers have pledged to enact strong campaign cash limits. Democrats, who control all statewide offices and both chambers in the legislature, are particularly sensitive to political fallout over the departed Democratic governor and are looking for an ethics law to tout as the Feb. 2 primary campaign begins in earnest.

In many ways, Madigan's measure mirrors the limits set by a previous campaign-finance reform measure passed in the spring that Gov. Pat Quinn hailed as "landmark." But Quinn later vetoed that measure after various ethics groups, including his own reform commission, criticized it as weak and loophole-filled.

Quinn, who became governor upon Blagojevich's ouster, was not available to comment on Madigan's proposal. Quinn spokesman Bob Reed said, "Everything's under discussion."

Case: 1:12-cv-05811 Document #: 26-4 Filed: 08/21/12 Page 17 of 25 PageID #:572

Madigan said his proposal would put Illinois, which has few fundraising restrictions, "squarely in the mainstream" of campaign finance reform efforts nationally. The proposal would limit donations to candidates to $5,000 each for the primary and general elections from individuals, $10,000 from corporations and unions and $50,000 from political action committees.

A special quirk was built into the plan for senators, who serve two four-year terms every decade in contrast to the two-year terms of House members. Senators and challengers would effectively be allowed to double the limits by getting to raise money during election seasons in which their office is not on the ballot, critics said. They contend the provision only helps incumbents because opponents usually don't surface far in advance.

The proposal also would allow Madigan and Senate President John Cullerton, both Chicago Democrats, as well as Senate Republican Leader Christine Radogno of Lemont and House GOP Leader Tom Cross of Oswego, to transfer unlimited sums of money from their special leadership campaign bank accounts to individual legislators or candidates in highly competitive races. Since Madigan also serves as state Democratic chairman, he also could devote unlimited party campaign resources to hard-fought contests.

According to the Illinois Campaign for Political Reform, the four leaders of the legislature have had campaign war chests that totaled at least $25 million for each of the last three election cycles.

Previous reform legislation put a $90,000-a-year cap on direct cash donations from political parties and legislative leaders, but reformers said loopholes would have rendered the limit meaningless. They were further discouraged by the elimination of any attempt at leadership caps in Madigan's measure. Neither proposal would take effect for the 2010 elections.

"We don't think it's going to restore public trust," Peter Bensinger, who co-chairs a coalition of reform groups called CHANGE Illinois!, said of the absence of caps on party and leadership funds.

During a hearing of the Madigan-controlled House Executive Committee, Rep. Ed Sullivan, R- Mundelein, asked the House speaker to explain the "reason we went backward" on leadership donation limits. Sullivan said it appears that leaders who donate large amounts to lawmakers' campaigns control how those legislators vote.

"If you want to deal on appearances, go ahead, do what you want to do," Madigan replied sharply. "That's what you'll do anyhow."

The panel sent the measure to the full House on a 7-4 vote. Cross predicted little support for the legislation.

"I think people see it for what it is: It's not a bill that regulates us," Cross said.

"You've got a lot of power vested in the leaders of the four caucuses, including ours, and we just don't see any movement in that area. That's a disappointment," he said. Urging a substantive alternative that "truly polices the General Assembly," Cross acknowledged, "I don't know if that'll ever happen."

Kent Redfield, a retired professor who specialized in campaign finance, saw good and

bad in the proposal. He noted that the legislation would require year-round disclosure by candidates of campaign donations of $1,000 or more. Currently, such donations are only revealed in reports filed every six months or when the contributions are made 30 days before an election.

"It's a significant improvement on the amount of disclosure and the timeliness of disclosure," Redfield said. "It establishes limits on private money coming into the system for the first time."

rlong@tribune.com

mcgarcia@tribune.com

# How reform failed in Illinois

By Ray Long and Rick Pearson Tribune reporters July 5, 2009

SPRINGFIELD ——

Just days before state lawmakers were supposed to wrap up business, Democratic Gov. Pat Quinn and members of his Illinois Reform Commission gathered around a wooden conference table in the office of the lieutenant governor.

The setting was appropriate. In his old office, then-Lt. Gov. Quinn created the ethics panel to figure out how to clean up state government after about-to-be-ousted Gov. Rod Blagojevich was arrested on blockbuster political corruption charges. And it was there Quinn listened to the Illinois Senate's 59-0 vote that had the twin impact of kicking Blagojevich out of power and vaulting Quinn into it.

Now that office was the place where the new governor and his handpicked reformers would part company on ethics reform.

Limits on how much contributors can give to politicians had come to symbolize what reform meant in the post-Blagojevich landscape. But the commissioners assembled that morning at the end of May thought the proposal scheduled for a vote in a few hours fell far short of ending the pay-to-play scandals that have rocked Illinois politics for a decade.

Quinn, who made a career out of demanding major reforms, opted to accentuate the positive. He'd be publicly backing the bill. Hailing it as a "landmark" achievement, in fact.

Shellshocked commissioners said little to Quinn that day, but since then have blasted the campaign finance measure as full of loopholes. Another group of reform advocates and House Republican leader Tom Cross of Oswego are urging the governor to veto it. And privately, some lawmakers are sounding out reformers for future changes.

Though Quinn testified in support of the legislation as it sailed through the General Assembly, some leading Democratic lawmakers now believe the governor may be having second thoughts. So they want Quinn to promise to sign the campaign limits measure as the price for passing his long-coveted plan to ask voters if they want the power to recall future wayward governors. They even held off sending him the bill, finally doing so on Tuesday.

The story of how campaign money reform got to the governor's desk lies in the repeated missteps of zealous-but-naive reform advocates, a rookie governor whose pride in his reformer image was tested by the tug of self-interest and the desire of legislative leaders to preserve much of the status quo while providing cover for lawmakers on a critical issue.

### Dual paths to reform

Less than six months ago, the world seemed limitless to reform advocates. Quinn's reform

panel had taken on added importance after Blagojevich was dumped from office.

The new governor installed as chairman Patrick Collins, the onetime federal prosecutor who put ex-Gov. George Ryan behind bars. His just-the-facts-ma'am public demeanor fit the dry, serious nature of the subject matter.

Collins no longer was backed by powerful federal laws he wielded to great effect in the courtroom -- Quinn's band of reformers were armed mostly with the moral authority they had assigned themselves. And while Collins' prosecutorial credibility had swayed juries in political corruption cases, he was a rookie in the political arena, where the learning curve is sharp and a failure to stroke egos can prove costly.

By the end of March, the Quinn commission made its opening offer: Illinois needed strict, federal-style limits on campaign donations. In a state where contributions of $25,000 became commonplace under Blagojevich, individuals would be restricted to giving $2,400 per election. Interest groups would be limited to $5,000.

The group went further. It wanted to curb the considerable power of legislative leaders to stockpile campaign cash and dole it out to House and Senate candidates. The practice meant rank-and-file lawmakers had to think long and hard about bucking the leadership whose contributions kept them in office.

On April 29, the Quinn commission issued its final report and tossed out a new twist: term limits for the House speaker, Senate president and minority leaders. Commissioners saw it as speaking truth to power. Lawmakers viewed it as an unprovoked shot at the very people reformers would have to persuade to approve any reforms. And it showed the political naivete of Quinn's panel -- a description Collins himself would later apply.

Beyond that, Collins and his fellow commissioners also pursued a risky strategy inspired by Quinn -- the idea that they could get up-or-down votes on their own versions of reform if they couldn't agree with what legislative leaders ultimately pursued. That's a favor rarely if ever granted at the Capitol, where those in power are the ones writing history.

Meanwhile, as Blagojevich's high drama played out in the courts, House Speaker Michael Madigan and Senate President John Cullerton made it clear they weren't waiting for Quinn's group. They appointed their own committee to fix state government.

A pair of Chicago Democrats, Madigan and Cullerton had written much of the Springfield playbook in their combined 68 years at the Capitol and had firm control of the legislature. Cullerton expressed openness on campaign money limits, but Madigan had long dismissed the idea of campaign limits as ineffective.

That meant the Senate would take the lead on campaign finance reform. Cullerton tapped Sen. Don Harmon, a wonkish attorney from Oak Park who received an MBA from the University of Chicago. Cullerton thought his close lieutenant had a good reputation with leaders and advocacy groups, having sponsored a ban on pay-to-play politics last year inspired by Blagojevich's aggressive fundraising.

Harmon soon was getting it from all sides. Dismayed colleagues feared low campaign contribution limits would make them easy pickings for wealthy challengers. Reform groups demanded that he buck the establishment. He was looking for middle ground.

Senate Republican leader Christine Radogno of Lemont, the first woman to hold a legislative leadership post in Illinois, had proposed a $10,000 limit on individual contributions. Harmon made it his blueprint.

Fast forward to May 21 -- 10 days before lawmakers were set to go home. After a dispute with a lawmaker, Collins found himself searching for a Democratic sponsor for the commission's tougher campaign cash limits the night before he was supposed to get a hearing on what had been dubbed "reform day" at the Capitol.

It was against that tense backdrop that a misunderstanding took place that seemed lifted from a Shakespearean comedy.

The scene was a conference call among Collins, key Senate Democratic lawmakers and legislative staff. They were talking about various reform bills when the call disintegrated into disagreement.

A Democratic staffer broke in with news -- Senate Republicans had just signed on as sponsors of the Quinn commission legislation. Had Collins double-dealt the Democrats by casting his lot with the Republicans? The Democrats sure thought so.

The reality, however, was that the Senate Republicans had pulled a fast one on the Democrats. This was the GOP's chance to secure the imprimatur of reform and one-up the ruling Democrats.

Collins knew he couldn't gamble the fate of campaign finance reform with a Republican sponsor, since the GOP has little muscle in the Capitol's corridors of power. But Radogno, the Republican leader, snatched up the reform advocates' legislation when no one else bothered to jump on the loose ball.

"I do think it threw them off their game when we filed it -- big time," said Radogno, who felt the recommendations deserved an up-or-down vote -- one Democrats repeatedly denied.

Cullerton, the Senate president, was not amused.

Sensing the potential for political theater that would play into Republican hands, Cullerton invited Collins to a meeting early the next morning. Collins, who needed more time to seek a better deal, eventually agreed to put off a vote on campaign money limits. Reform day would have to wait.

### *The deal is cut*

As they went home for the Memorial Day weekend, reform advocates wondered aloud where Quinn was while they were fighting to preserve campaign cash limits.

The answer: For weeks, the rookie governor, once known for railing against backroom deals, had been meeting privately at the governor's mansion and elsewhere with Madigan and Cullerton about reform legislation. In turn, the two legislative leaders met alone at least twice to discuss the parameters of a campaign finance bill, which were then turned over to attorneys to hammer out.

To hear Quinn tell it, he pushed Madigan and Cullerton to adopt limits on how much they could transfer from their own political funds to rank-and-file candidates.

"When they said 'no limits' ... I told them that that's a non-starter. I said, 'Do you have any limit you can accept at all?' And for a while it was none. And then I think they got the message there had to be something," Quinn recalled.

Although Madigan wasn't in love with campaign contribution limits, Cullerton said the speaker didn't really need to be talked into the idea, and agreed to back leadership transfer limits as well, though not substantial ones.

Cullerton painted Quinn as far less involved on the issue of campaign limits than he was on other reforms. When it came to campaign finance, Cullerton said, Quinn specifically requested -- and got -- a last-minute provision that would have the effect of clipping Madigan's political power. Madigan doubles as Illinois Democratic chairman, and Quinn didn't want the state party to be able to endorse and spend money on candidates in primary campaigns.

The upside for Quinn? He might run for governor next year and Madigan wouldn't be able to use state party resources to help his daughter, Atty. Gen. Lisa Madigan, if she challenged Quinn in the Democratic primary.

That tug of self-interest was yanking at Quinn's sleeve. For his part, Quinn said his idea would essentially end party slatemaking, which he's wanted to eliminate for 40 years. "I think in a primary, people should choose their candidates without any interference of party mechanism and money," he told the Tribune.

With a week to go in the session, Cullerton said, he and Madigan told Quinn they "should do [campaign-finance limits] quickly so we can get on with the budget. And we had to make sure he would sign the bill."

Getting the support of Quinn was important for another reason: His self-styled reputation as a reformer would provide political cover to lawmakers when the deal was cut.

The go-home deadline was approaching, and Harmon kept asking Cullerton's office to get a bill ready.

### The boom is lowered

Chalk it up to naivete, but reform advocates still believed they had a shot at getting lawmakers to approve stricter campaign limits when they woke up May 28, four days before lawmakers would leave town.

A quick check of their BlackBerries and that illusion evaporated.

By 6:47 a.m., Susan Lauer, an attorney with Collins' law firm, had fired off from her Naperville home an e-mail analysis highlighting what reformers viewed as numerous loopholes: transfers from legislative leaders to candidates were "limited" to $90,000 every year, there were no limits on how much leadership committees can directly spend on expenses in support of a candidate, and most changes would not take effect until after the November 2010 election.

Quinn started his day with breakfast at the mansion. Scrambled eggs and bacon or a fruit plate with oatmeal were offered to fellow diners who included Collins and Rev. Scott and Janet Willis. Willis had served on Quinn's commission nearly 15 years after losing six of

his children in a fiery van explosion caused by a trucker who had paid a bribe to get his
driver's license through the office of then-Secretary of State Ryan, a Republican. The
case stands as the ultimate illustration of pain and suffering that can come from a state
where corruption is allowed to thrive.

Quinn had decided to support the legislation reformers considered watered-down. "I
mean, by that time, it was coming down to: 'Are we going to have a vote on campaign
finance or nothing at all?' " Quinn recalled.

The breakfast meeting didn't provide the atmosphere for a detailed discussion over the
new bill, Collins said. He and Scott Willis headed to the Capitol and took their seats at the
wooden conference table in the lieutenant governor's office with fellow commission
members.

In walked Quinn and for the next 10 minutes, he greeted his deflated commissioners with
a pep talk.

"A lot of reforms were adopted that were unheard of even at the beginning of the year,"
said Quinn, describing his mind-set in the meeting. "So we shouldn't, you know, depict to
the public that 'woe is me.' "

If the group thought Quinn was selling them out, they still didn't push back at him.

"We were still a bit reluctant to start arguing about it because we weren't done
determining what the facts were," said David Hoffman, Chicago's inspector general and a
commission member.

The dispirited group next met with Harmon in his small office.

Collins started ticking off a list of objections to the legislation. Hoffman pressed Harmon
on whether there was still room to negotiate.

"And Don, who was polite and diplomatic throughout, said, 'Yes, these are not likely to
change. These are the provisions in the bill we'll be presenting,' " Hoffman recalled.

"We pushed back as well as we could, but it was already a done deal," Collins said.
"There was a sense of urgency that it be done that day."

At that point, the advocates had their own problem. Should they support the bill as a
starting point for reform? Should they come out forcefully against it and force a
confrontation? Should they take no position? Or should they try to get their own
recommendations called on a Republican bill that had no chance of passing?

The reform members decided to oppose it, while Quinn, the politician who had appointed
them, testified in favor, calling the bill "landmark." Senate Democrats voted for it,
Republicans opposed, and on it went to the House. Democratic leaders, faced with the
two tracks of reform, had chosen their own.

By Sunday night, House Democrats faced what some said was the unappealing prospect
of voting against an ethics bill sponsored by Madigan, the leader of their party and their
House.

8/18/12

"You're kind of caught between a rock and a hard place," Rep. Susana Mendoza (D-Chicago) said afterward. "If you vote against it, then people are going to attack you for being anti-ethics reform. And if you vote for it, well, in my heart, we're just voting for some sham bill."

That's the bill awaiting Quinn's signature -- sham to some, worthy compromise to others.

"Maybe if everybody thinks it's such a bad bill," Harmon said, "there's something right with it after all."

rlong@tribune.com

rap30@aol.com