IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS LIBERTY PAC, a Political Action Committee registered with the Illinois State Board of Elections, and EDGAR BACHRACH, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Appeal from the United States District for the Northern District |
| LISA M. MADIGAN, Attorney General of the State of Illinois; | ) ) | of Illinois, Eastern Division |
| WILLIAM McGUFFAGE, Chairman of the Illinois State Board of Elections; | ) ) | No. 12 C 5811 |
| JESSE R. SMART, Vice-Chairman of the Illinois State Board of Elections; | ) ) | Hon. Gary Feinerman, Judge Presiding |
| HAROLD D. BYERS, Member of the Illinois State Board of Elections; | ) ) | |
| BETTY J. COFFRIN, Member of the Illinois State Board of Elections; | ) ) | |
| ERNEST L. GOWEN, Member of the Illinois State Board of Elections, | ) ) | |
| JUDITH C. RICE, Member of the Illinois State Board of Elections; | ) ) | |
| BRYAN A. SCHNEIDER, Member of the Illinois State Board of Elections; and | ) ) | |
| CHARLES W. SCHOLZ, Member of the Illinois State Board of Elections, all in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEAL

Notice is hereby given that Illinois Liberty PAC and Edgar Bachrach, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the memorandum opinion and order denying plaintiffs' motion for preliminary injunction entered on the docket (R. 44) on October 5, 2012.

(s) Peter G. White

                    Diane S. Cohen (#6199493) – Counsel of Record
                    Jacob H.   Huebert (#6305339)
                    Peter G. White (#6294072)

Attorneys for  <u>Illinois Liberty PAC and Edgar Bachrach</u>

Address:      LIBERTY JUSTICE CENTER
                    190 S. LaSalle St., Ste. 1630
                    Chicago, Illinois 60603
                    (312) 263-7668