IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ILLINOIS LIBERTY PAC, a Political Action )
Committee registered with the Illinois State Board )
of Elections, and EDGAR BACHRACH, an individual, )
 )
     Plaintiffs, )
 )
     v. ) Appeal from the United States
 ) District for the Northern District
LISA M. MADIGAN, Attorney General of the State ) of Illinois, Eastern Division
of Illinois; )
WILLIAM McGUFFAGE, Chairman ) No. 12 C 5811
of the Illinois State Board of Elections; )
JESSE R. SMART, Vice-Chairman of the Illinois ) Hon. Gary Feinerman,
State Board of Elections; ) Judge Presiding
HAROLD D. BYERS, Member of the Illinois )
State Board of Elections; )
BETTY J. COFFRIN, Member of the Illinois )
State Board of Elections; )
ERNEST L. GOWEN, Member of the Illinois State )
Board of Elections, )
JUDITH C. RICE, Member of the Illinois )
State Board of Elections; )
BRYAN A. SCHNEIDER, Member of the Illinois )
State Board of Elections; and )
CHARLES W. SCHOLZ, Member of the )
Illinois State Board of Elections, all in their )
official capacities, )
 )
     Defendants. )

PLAINTIFFS' SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT

Plaintiffs Illinois Liberty PAC and Edgar Bachrach submit this Seventh Circuit docketing

statement with their Notice of Appeal. *See* 7th Cir.R. 3(c)(1), 28(a).

1. Plaintiffs file this appeal to protect plaintiffs' First Amendment free speech rights

guaranteed under the United States Constitution, before the November 6, 2012, election.

2.      On October 5, 2012, the district court entered a memorandum opinion and order (R. 44), which denied plaintiffs' motion for preliminary injunction that could have protected plaintiffs' constitutional rights.  Plaintiffs filed a Notice of Appeal on October 9, 2012.

**Circuit Rule 3 Information**

3.      There are no prior appeals in this action.

4.      The defendants in this matter appear in their official capacity as the Attorney General of Illinois and as officers and members of the Illinois State Board of Elections.  All of the named defendants are the current occupants of their respective offices.

5.      The plaintiffs' counsel of record in this matter is Diane S. Cohen.

**Circuit Rule 28(a) Information**

6.      The district court has federal question jurisdiction because plaintiffs challenge the constitutionality of an Illinois law under the United States Constitution.  *See* 28 U.S.C. 1331, 1343 (a)(3).

7.      Plaintiff Illinois Liberty PAC is an association of individuals registered as a political action committee pursuant to Illinois law.  *See* 10 ILCS 5/9-1.8(d).

8.      Plaintiff Bachrach is a citizen of Illinois who resides in Macon County.

9.      The Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1292(a)(1), making denials of preliminary injunction motions appealable.  Plaintiffs bring this appeal with respect to all claims.


**DATED: October 9, 2012**

Respectfully Submitted,

By:    s/Peter G. White        
Diane S. Cohen (#6199493) – Counsel of Record
Jacob H.  Huebert (#6305339)
Peter G. White (#6294072)
Attorneys for Plaintiffs Illinois Liberty PAC
and Edgar Bachrach

LIBERTY JUSTICE CENTER
190 S. LaSalle St., Ste. 1630
Chicago, Illinois 60603
(312) 263-7668

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Peter G. White