October 9, 2012

Clerk of the United States District Court for the Northern District of Illinois
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

**Re:** *Illinois Liberty PAC v. Madigan*, **12 C 5811**

Dear Clerk:

This letter is to request designation of the following items for inclusion in the record on appeal in the above-captioned case:

1. Amended Complaint, Docket No. 27.

2. Memorandum in Support of Motion for Preliminary Injunction and Attachments 1-13, Docket No. 34.

3. Memorandum in Opposition to Motion for Preliminary Injunction and Attachments 1-5, Docket No. 39.

4. Reply in Further Support of Motion for Preliminary Injunction and Attachments 1-7, Docket No. 42.

Thank you for your assistance and please contact me should you have any questions.

Best Regards,

Peter White

Liberty Justice Center
190 S. LaSalle Street, Suite 1630
Chicago, IL 60603
312-263-7668
Attorney for Plaintiffs