**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS LIBERTY PAC,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | No. 12-cv-5811 |
| | ) | |
| v. | ) | |
| | ) | **Judge Gary Feinerman** |
| **LISA MADIGAN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## EXHIBIT INDEX

**Exhibit A**    Plaintiffs' Rule 26(a)(2) Disclosure

**Exhibit B**    Deposition Testimony of Dr. Marcus Osborn