**Plaintiffs' List of Exhibits in Support of Motion for Summary Judgment**

Exhibit A – Illinois State Board of Elections Committee Reports

Exhibit B – Illinois State Board of Elections contribution reports

Exhibit C – Illinois House Rules

Exhibit D – Illinois Senate Rules

Exhibit E – Declaration of Matthew Besler

Exhibit F – Deposition Transcript of Edgar Bachrach

Exhibit G – Deposition Transcript of Kyle McCarter

Exhibit H – Report of Marcus Osborn