IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ILLINOIS LIBERTY PAC, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Judge Gary Feinerman |
| | ) | |
| v. | ) | No. 12 CV 5811 |
| | ) | |
| **LISA M. MADIGAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS IN LIMINE

Plaintiffs respond to Defendants' motions in limine (Doc. 167) as follows.

The Court should deny Defendants' first motion in limine, which seeks to exclude Plaintiffs' expert witness, Dr. Marcus Osborn, for all the reasons stated in the Court's order denying Defendants' previous motion to exclude Plaintiffs' expert (Doc. 163) and in Plaintiffs' response to Defendants' previous motion (Doc. 119). Defendants have identified no grounds for the Court to reconsider its findings that Dr. Osborn is "eminently qualified" and that the methods he used in his analysis were "appropriate." Doc. 163 at 10.

Plaintiffs do not oppose Defendants' second, third, and fourth motions in limine.

Dated: November 15, 2015

                                          Respectfully submitted,

                                          /s/ Jacob H. Huebert
                                          Jacob H. Huebert
                                          Jeffrey M. Schwab
                                          Attorneys for Plaintiffs

LIBERTY JUSTICE CENTER
190 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 263-7668
jhuebert@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

## CERTIFICATE OF SERVICE

    I, Jacob H. Huebert, an attorney, hereby certify that on November 15, 2015, I served Plaintiffs' Response to Defendants' Motions in Limine on Defendants' counsel by filing it through the Court's electronic case filing system.

        /s/ Jacob H. Huebert